# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GABOUR,<br><br>         Plaintiff,<br><br>v.<br><br>HYATT RESIDENTIAL MARKETING CORPORATION; and DOES 1 through 50, inclusive<br><br>         Defendants. | CASE NO. 2:13-cv-00247-JAM-KJN<br><br>**ORDER MODIFYING SCHEDULING ORDER** |

Based upon the joint stipulation of the parties, and for good cause shown, the Status (Pre-trial Scheduling) Order dated March 6, 2013, is hereby modified as follows:

1. All dispositive motion shall be filed by December 24, 2013, and the hearing of such motions shall be on January 22, 2014 at 9:30 a.m.;

2. The final pre-trial conference is set on March 7, 2014, at 10:00 a.m.;

3. The Joint Pre-Trial Statement shall be filed no later than February 28, 2014; and

//

//

4. Trial is set on April 14, 2014, at 9:00 a.m.

1       IT IS SO ORDERED.

2

3 Date:  October 24, 2013                       /s/ John A. Mendez_____
                                                                               United States District Court Judge