1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   MICHAEL GABOUR,                         CASE NO. 2:13-cv-00247-JAM-KJN

12            Plaintiff,
                                             **ORDER MODIFYING SCHEDULING**
13   v.                                      **ORDER**

14   HYATT RESIDENTIAL MARKETING
     CORPORATION; and DOES 1 through 50,
15   inclusive

16            Defendants.

17

18        Based upon the joint stipulation of the parties, and for good cause shown, the Status

19   (Pre-trial Scheduling) Order dated March 6, 2013, is hereby modified as follows:

20        1.    All dispositive motion shall be filed by December 24, 2013, and the hearing of

21   such motions shall be on January 22, 2014 at 9:30 a.m.;

22        2.    The final pre-trial conference is set on March 7, 2014, at 10:00 a.m.;

23        3.    The Joint Pre-Trial Statement shall be filed no later than February 28, 2014;

24   and

25   //

26   //

27        4.    Trial is set on April 14, 2014, at 9:00 a.m.

28
                                             1

1   IT IS SO ORDERED.

2

3 Date:  October 24, 2013     /s/ John A. Mendez_____
              United States District Court Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1