Jay T. Jambeck (SBN 226018)
LEIGH LAW GROUP
870 Market Street, Suite 1157
San Francisco, CA 94102
Telephone:    415-399-9155
Facsimile:    415-795-3733
jjambeck@leighlawgroup.com

*Attorneys for Plaintiff Michael Gabour*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GABOUR, <br><br> Plaintiff, <br><br> v. <br><br> HYATT RESIDENTIAL MARKETING CORPORATION; and DOES 1-50, inclusive, <br><br> Defendants. | Case No.  2:13-cv-00247-JAM-KJN <br><br> **ORDER ON PARTIES' JOINT STIPULATION REGARDING A HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

    The parties to the above-entitled action have jointly submitted a Stipulation to set the hearing date on the Defendant's Motion for Summary Judgment to February 5, 2014.

    Upon review of the stipulation, and for good cause shown, the Court hereby GRANTS the stipulation and sets February 5, 2014 at 9:30 a.m. for the hearing date on Defendant's Motion for Summary Judgment.  The Parties have agreed to Plaintiff's opposition filing deadline of January 10, 2014 and Defendant's reply filing deadline of January 17, 2014.

1    IT IS SO ORDERED.

2

3   Dated:  1/8/2014                             John A. Mendez

4                                                   Hon. John A. Mendez
                                            UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28