David G. Freedman (State Bar No. 81989)
dgf@dfreedman.net
Alexander J. Freedman (State Bar No. 289181)
ajf@dfreedman.net
LAW OFFICE OF DAVID G. FREEDMAN
1801 Century Park East, 16th Floor
Los Angeles, California 90067
Telephone:    (310) 553-2121
Facsimile:    (310) 598-1844

Attorneys for Defendant
HYATT RESIDENTIAL MARKETING
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GABOUR,<br><br>    Plaintiff,<br><br>v.<br><br>HYATT RESIDENTIAL MARKETING CORPORATION, and DOES 1 through 50 inclusive,<br><br>    Defendants. | CASE NO.: 2:13-cv-00247-JAM-KJN<br><br>Hon. John A. Mendez<br><br>**ORDER GRANTING SUMMARY JUDGMENT** |

The motion of defendant Hyatt Residential Marketing Corporation for summary judgment came on regularly for hearing before this Court on February 5, 2014.  David G. Freedman appeared as attorney for Hyatt Residential Marketing Corporation and Jay T. Jambeck appeared as attorney for plaintiff Michael Gabour.

After considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, IT IS HEREBY ORDERED THAT the motion is GRANTED.

Date:  February 6, 2014          /s/ John A. Mendez_____
                                 United States District Court Judge