UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GABOUR,<br><br>        Plaintiff,<br><br>v.<br><br>HYATT RESIDENTIAL MARKETING CORPORATION, and DOES 1 through 50 inclusive,<br><br>        Defendants. | CASE NO.: 2:13-cv-00247-JAM-KJN<br><br>Hon. John A. Mendez<br><br>**JUDGMENT** |

    This action came on for hearing before the Court on February 5, 2014, Hon. John A. Mendez, District Judge Presiding, on a Motion for Summary Judgment.  The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered, IT IS ORDERED AND ADJUDGED that plaintiff Michael Gabour take nothing, that the action be dismissed on the merits, and that defendant Hyatt Residential Marketing Corporation recover its costs.

Date:  February 6, 2014              /s/ John A. Mendez_____
                                      United States District Court Judge